# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Travis Gathers, | ) |
| *Petitioner* | ) |
| v. | ) |
| York County Sheriff Kevin Tolson, | ) |
| *Respondents* | ) |

Civil Action No.      1:18-cv-01013-CMC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❑ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Travis Gathers, shall take nothing of the respondent, York County Sheriff Kevin Tolson, and this case is dismissed without prejudice.

This action was *(check one)*:

❑ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❑ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the  Honorable Cameron McGowan Currie, Senior United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissal of the petition without prejudice.

Date:   May 29, 2018

*ROBIN L. BLUME, CLERK OF COURT*

s/M. Walker

_____
*Signature of Clerk or Deputy Clerk*